# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Carmelo Maldonado Velázquez, et al

v.

Jostens, Inc.

CASE NUMBER: 98-1412 (HL)



| MOTION | ORDER |
|---|---|

**Date Filed:** 6.21.99   **Docket # 25**   Granted.

[x] Plffs   [ ] Defts   [ ] Other

**Title:** Motion requesting extension of time to submit unsworn declaration

Date 8/21/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

